# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plantiff,
   V.

ALBERTO RUIZ-LORENZO,
        Defendant.

**APPEARANCE**

Case Number:  08MJ8446

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ALBERTO RUIZ-LORENZO

    I certify that I am admitted to practice in this court.PRO HAC VICE.

| | |
|---|---|
| 5/27/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number      Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 27, 2008                                       /s/ Linda Lopez
                                                                                   LINDA LOPEZ
                                                                                   Federal Defenders of San Diego, Inc.
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467  (tel)
                                                                                   (619) 687-2666  (fax)
                                                                                   e-mail: Linda_Lopez@fd.org